UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY TOOKER,

       Plaintiff,　　　　　　　　　　　　　　Civil No. 07-1119-ST

  v.　　　　　　　　　　　　　　　　　　　JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

Based upon the record, and the Order filed November 25, 2008,

IT IS HEREBY ORDERED AND ADJUDGED that the Findings and Recommendation [31] is adopted in part. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

    DATED this   25   day of November, 2008.


                                 /s/ ANCER L. HAGGERTY
                                  ANCER L. HAGGERTY
                               United States District Judge

1 - JUDGMENT